No. 00–10848. PEREZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–10850. STABLER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10852. SMITH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–10853. NORRIS v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 00–10854. SPENCE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–10855. ORTEGA-GARCIA, AKA ORTEGA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–10856. HEARD v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–10857. HERRERA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10858. GRASS v. IGNACIO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–10859. HINTON v. GENERAL MOTORS CORP. C. A. 6th Cir. Certiorari denied.

No. 00–10861. HARRIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–10862. RAMIREZ-GIL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–10865. DALY v. HAWK SAWYER, DIRECTOR, FEDERAL BUREAU OF PRISONS. C. A. 9th Cir. Certiorari denied.

No. 00–10866. CARTER v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 00–10867. SEDGWICK v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA. C. A. 11th Cir. Certiorari denied.